NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5062

BILL HUBBARD, individually and doing
business as BILL HUBBARD & ASSOCIATES,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Stephen L.R. McNichols, McNichols Beers LLP, of Pleasanton, California, argued for plaintiff-appellee.

Kenneth M. Dintzer, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellant. With him on the brief was Jeanne E. Davidson, Director.

Appealed from: United States Court of Federal Claims

Senior Judge Loren A. Smith

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5062

BILL HUBBARD, individually and doing,
business as BILL HUBBARD & ASSOCIATES,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

# Judgment

ON APPEAL from the        UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).        95-CV-396

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, FRIEDMAN, and MAYER, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>March 16, 2009</u>        <u>/s/ Jan Horbaly</u>
                          Jan Horbaly, Clerk